UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RYAN THEODORE,

Plaintiff,

- against -

TOWN OF KENT, *et al.*,

Defendants.
-----------------------------------------------------------x

**ORDER ON MOTION FOR SUMMARY JUDGMENT**

No. 24-CV-5414 (CS)

Seibel, J.

For the reasons set forth on the record at the September 28, 2026 conference, the Defendants' motion for summary judgment is GRANTED in part and DENIED in part. The Clerk of Court is respectfully directed to terminate the pending motion, (ECF No. 26), and to terminate Town of Kent as a Defendant.

**SO ORDERED.**

Dated: September 28, 2026
White Plains, New York

Cathy Seibel

CATHY SEIBEL, U.S.D.J.